# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2366
_____

MICHAEL JONES,

    Appellant,

    v.

BRAD STETSON, MALLORY D.
COOPER, and DONALD R. MORAN,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Thomas M. Beverly, Judge.

June 25, 2018

PER CURIAM.

    AFFIRMED.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael W. Jones, pro se, Appellant.

Candace W. Padgett, Vernis & Bowling of North Florida, P.A., Jacksonville, for Appellees.